FILED
3/20/19 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| MORIARTY CONSULTANTS, INC., | Bankruptcy No. 18-24606-TPA |
| Debtor. | Chapter 7 |
| MORIARTY CONSULTANTS, INC., | Document No. |
| Movant, | Related to Doc No. 95 |
| vs. | Hearing Date and Time: April 4, 2019 at 10:30 a.m. |
| NO RESPONDENT. | |

### ORDER OF COURT

AND NOW, upon consideration of the Motion to Excuse Compliance with 11 U.S.C. §330, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that Debtor's Counsel's requirement to file a Chapter 11 Fee Petition in Converted Case is waived *until further order of Court.*

Date: March 20, 2019

_____
United States Bankruptcy Judge