Case 18-24606-TPA    Doc 167    Filed 01/13/21    Entered 01/13/21 14:08:38    Desc Main
Document    Page 1 of 1

FILED
1/13/21 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **MORIARTY CONSULTANTS, INC.,** | Bankruptcy No. 18-24606-TPA |
| Debtor. | Chapter 7 |
| **MORIARTY CONSULTANTS, INC.,** | |
| Movant, | Related to Doc. No. 163 |
| vs. | |
| **NO RESPONDENT.** | |

## ORDER OF COURT

Upon consideration of the foregoing Final Application of Robert O Lampl Law Office for Compensation and Reimbursement of Expenses as Counsel for the Debtor for the Period of November 26, 2018 through January 17, 2019, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Applicant, Robert O Lampl Office be, and hereby is, granted fees in the amount of $28,388.75 and costs in the amount of $1,825.27 in the total amount of $30,214.02 for the period of November 26, 2018 through January 17, 2019.

Date: January 13, 2021

_____
Thomas P. Agresti
United States Bankruptcy Court Judge